STATE OF NEW JERSEY v. DALLAS DIETRICH.

January 28, 1987.

Cross-petition for certification denied.

ELSBETH SOINE, ET AL. v. JEFFREY SOFFER, M.D., ET AL.

January 28, 1987.

Petition for certification denied.

PATRICK WALSH v. BETHLEHEM STEEL CORPORATION.

January 28, 1987.

Petition for certification denied.   (See 214 *N.J.Super.* 6)

KERI GRIMM v. DELBERT LONG, M.D.

January 28, 1987.

Petition for certification denied.